# Tab "A"

Hughes Hubbard & Reed LLP

One Battery Park Plaza
New York, New York 10004-1482
Telephone 212-837-6000
Fax 212-422-4726

Jeff H. Galloway
Direct Dial: 212-837-6629
E-mail: galloway@hugheshubbard.com

July 13, 2004

FEDERAL EXPRESS

Mr. Paul Friedland
Innovative Routine International, Inc.
2194 Highway A1A, Suite 303
Melbourne, Florida 32937

Re: Violation by IRI of the Contractual and Intellectual Property Rights of Syncsort Incorporated

Dear Mr. Friedland:

We write to you on behalf of our client, Syncsort Incorporated ("Syncsort").

Innovative Routine International. Inc. ("IRI") advertises that it markets at least one product, CoSORT Version 8, which appears to have been developed in violation of Syncsort's contractual and intellectual property rights. In addition, the CoSORT website (www.cosort.com) contains false and misleading statements regarding the performance and market acceptance of CoSORT. Finally, the CoSORT website improperly uses SyncSort's[1] trademark as a metatag in a manner intended to divert those seeking information about Syncsort to the CoSORT website instead.

**Misappropriation of Syncsort's trade secrets, copyright infringement and breach of license agreement**. The CoSort website contains the following statements:

> "CoSORT Version 8 includes sort parm conversion utilities, including rescript and ssu2scl, to automatically replace and/or convert (respectively) SyncSort job specification files on UNIX systems and improve sort performance. The resulting SortCL job specification files are more explicit, user-friendly, and offer additional data manipulation functionality and report generation flexibility."

1 "Syncsort" is our client's corporate name; "SyncSort" (with a second capital "S") is the brand name of one of our client's software products

(www.cosort.com/public/solutions/cosort/smp.htm; copy attached as Exhibit 1.)

"Direct. Drop-In (Plug'n'Play) Third Party Sort Replacements Available from CoSORT

* * *

* SyncSort UNIX full product replacement and script conversion (free tools and services)" (http://www.cosort.com/public/solutions/cosort/cosort_desc.htm, copy attached as Exhibit 2.)

In order for the forgoing statements to be true, the developers of CoSORT Version 8 would need to have had access to the SyncSort software programming interface or other trade secret information. Authorized access to Syncsort's trade secrets of this nature is available outside of Syncsort itself only under a license agreement that expressly prohibits further disclosure of this information and expressly prohibits the use of it, or any other aspect of the SyncSort software and documentation, as an aid to develop or market a competing product. Moreover, *any* use of the SyncSort software without a license agreement, even if access were not prohibited by reason of Syncsort's trade secret rights, would constitute an infringement of Syncsort's copyrights. Syncsort's registered copyrights in SyncSort UNIX include the copyrights listed in Exhibit A hereto.

Thus, CoSORT Version 8 could only have been the result of conduct that included misappropriation of Syncsort's trade secrets, infringement of Syncsort's copyrights and/or breach or induced breach of the SyncSort license agreement. Accordingly, Syncsort demands that IRI immediately (a) cease all marketing and distribution of CoSORT Version 8; (b) recall all copies of CoSORT Version 8 that have been distributed to date; (c) provide Syncsort with the names and addresses of all persons or entities to whom IRI (or its agents or distributors) have delivered a copy of CoSORT Version 8; and (d) provide Syncsort with a description of how IRI has come to have access (including the identification of all persons or entities outside of IRI who assisted in this wrongful conduct) to Syncsort's trade secret information, including its programming interface, so that Syncsort may determine what further remedial steps, if any, should be taken.

**False advertising.** The CoSORT website contains the following statements:

"As with its parallel and mono-processing predecessors, CoSORT 8 continues to be the fastest sort software available for UNIX environments." (http://www.cosort.com/public/solutions/cosort/smp.htm; copy attached as Exhibit 1.)

> "CoSORT is the world's fastest, and most widely licensed, commercial-grade sort package for UNIX systems." (http://www.cosort.com/public/solutions/cosort/cosort.htm, copy attached as Exhibit 3.)

> "CoSORT is the world's first, fastest, and most widely licensed open systems sorting package and extract-transform-load (ETL) accelerator." (http://www.cosort.com/public/solutions/solutions.htm, copy attached as Exhibit 4.)

> "CoSORT is the fastest (and most scalable) sort product available for UNIX systems, period. Whether you sort directly in memory or overflow to disk, no other solution can top what 18 years of dedicated UNIX sorting experience yields." (http://www.cosort.com/public/solutions/cosort/smp_desc.htm, copy attached as Exhibit 5.)

Each of the forgoing statements is false. Syncsort is unaware of any evidence that could support a contention that CoSORT is the "world's fastest", "most scalable" or the "most widely licensed" "commercial-grade sort package for UNIX systems"

Accordingly, Syncsort demands that IRI remove from its marketing and advertising materials and from its website, the forgoing statements, and any similar statements, and any claim that CoSORT is either the "world's fastest", "most scalable" or "most widely licensed" commercial grade sort package.

**Trademark infringement and dilution**. SyncSort is a famous mark which has been registered under federal law, Reg. No. 1,557,917, and by virtue of its long-standing registration is incontestable. IRI includes the word "syncsort" as a metatag in the html source code for the CoSORT website. Attached as Exhibit 6 is the first page of the html source code for the www.cosort.com home page, clearly showing the inclusion of "syncsort" in the "meta name="keywords"" field. Many, if not all, of the other pages on the CoSort website similarly make improper use of "syncsort" as a metatag. This conduct constitutes infringement and/or dilution of Syncsort's trademark and unfair competition.

Syncsort demands that IRI immediately delete the word "syncsort" from the metatag fields on its website pages.

Finally, in order to rectify the impact resulting from the deceptions hereinabove described, Syncsort demands that IRI prominently include on its home page, and in every form of media exposure used by IRI to communicate these deceptions, corrective advertising statements to mitigate the damage caused by these deceptions.

* * *

Hughes Hubbard & Reed LLP



Syncsort requests that IRI respond within five business days of the date of this letter with a commitment to take the steps demanded by Syncsort herein in support of its contractual and intellectual property rights.

Very truly yours,

Jeff H. Galloway

# Tab "B"

Kirkpatrick & Lockhart LLP

Payne Shoemaker Building
240 North Third Street
Harrisburg, PA 17101-1507
717 231.4500
www.kl com

July 16, 2004

David R. Fine
717.231.5820
Fax: 717.231.4501
dfine@kl.com

**BY FACSIMILE AND U.S. MAIL**

Jeff H. Galloway, Esq.
Hughes, Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482

**Re: IRI, Inc., and Syncsort Incorporated**

Dear Mr. Galloway:

Our firm serves as counsel to IRI, Inc. ("IRI"). Mr. Friedland has referred to me your letter of July 13, 2004.

IRI takes seriously the allegations in your letter. As a threshold matter, however, we note that IRI is unaware of any improprieties on its part. Because of the nature of the allegations you and your client have made, we require more time to respond than your letter suggests. We will provide you with a response by July 30, 2004, and trust that this is acceptable. In the meanwhile, IRI has removed from its web site the reference to your client's product and the metatags. Please note that IRI has done this as a gesture of good faith and not in any sense as an acknowledgement of wrongdoing.

Should you wish to discuss this matter in the interim, please do not hesitate to telephone me at the number noted below.

Very truly yours,

David R. Fine

cc: Paul Friedland

# Tab "C"

Kirkpatrick & Lockhart LLP

Payne Shoemaker Building
240 North Third Street
Harrisburg, PA 17101-1507
717.231 4500
www kl com

July 29, 2004

David R. Fine
717.231.5820
Fax: 717.231.4501
dfine@kl.com

BY OVERNIGHT COURIER

Jeff H. Galloway, Esq.
Hughes, Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482

**Re: IRI, Inc., and Syncsort Incorporated**

Dear Mr. Galloway:

I wrote to you on July 16, 2004, indicating that IRI, Inc. ("IRI") would provide by the end of the month a full response to your July 13, 2004, letter to Paul Friedland.

As I wrote, while IRI takes seriously the allegations in your letter, it denies any wrongdoing and will address each contention in detail below. IRI will also note areas in which it has concerns about conduct by your client, Syncsort Incorporated ("Syncsort").

**Introduction**

IRI's CoSORT is a famous trademark and has been commercially available for the Open Systems sort market since 1978 (UNIX in particular since 1985 and Windows following that). SyncSort began to market its UNIX sort product in 1993. Many customers licensed the CoSORT product for UNIX long before and after SyncSort UNIX existed. IRI continues to consider itself the open systems sort market pioneer and leader.

Your letter points to a small group of SyncSort UNIX users who have sought an alternative sorting product, which they have the right to do. IRI does not proffer CoSORT as an in-kind replica for the SyncSort product as your letter suggests. The two products are readily differentiable. IRI's separately available SyncSort replacement tools/services involve only text conversion and manual translation of customer scripts; it is not of the kind that requires any product interfacing. IRI has no desire to operate unfairly. It has taken, and will take, the necessary steps to comply with good practice, reasonable requests, and the law as guided by counsel. Similarly, IRI expects Syncsort to operate by the same standards. Based on its experience in the UNIX market since Syncsort entered that market, IRI is aware of several damaging improprieties by Syncsort. Just as IRI is addressing Syncsort's concerns, Syncsort should likewise address IRI's concerns. We address those concerns below, and we offer a proposed resolution at the conclusion of this letter.

Kirkpatrick & Lockhart LLP



**Allegations**

To address, the assertions in your letter:

- ***Misappropriation of Syncsorts trade secrets, copyright infringement and breach of license agreement.***

Your letter alleges that IRI has in some way misappropriated Syncsort's trade secrets, that IRI has infringed on Syncsort's copyrights and that IRI has breached or induced a breach of Syncsort's license agreement. No such improprieties have occurred; and your assumptions are incorrect. Your assertions show that you misunderstood what was posted on IRI's website. You further assert in your letter that, for the statements that appeared on IRI's website to be true, "the developers of CoSORT Version 8 would need to have had access to the SyncSort software programming interface or other trade secret information." That assumption is similarly incorrect.

Explanation:

First, the statements referred to in your letter described two free, standalone tools and services (around those tools) that are not inside or part of the CoSORT 8 code. Rather, they are in a group of separate text-conversion tools that generate the corresponding keywords in CoSORT's sort-control language. In this case, SSU2CL converts only the basic and in-common user-written statements into a file for use by IRI's Sort-Control Language (SortCL). RESCRIPT uses SSU2SCL to stream the translated statements into SortCL for execution.

Second, SyncSort scripts show a different construction than SortCL. And, to give mainframe users continuity, they appear to have preserved legacy semantics. IRI's relational approach clearly separates the products. So, where this or any similar IRI tool cannot fully convert a user script, IRI writes a custom CoSORT solution, just as it has since 1978. Regarding these solutions, the customer is IRI's most viable, meaningful, and willing source of assistance. And, the customer is the final arbiter of correct results.

Third, with either a manual or automatic conversion, the input and output scripts in question belong to the customer, and not to Syncsort or to IRI. Courts have held that end-user expressions through the use of products are not the trade secrets of the developer creating the tool, nor do they fall within the vendor's copyrights. *See generally, Feist Publications, Inc. v. Rural Telephone Service Co. Inc.*, 499 U.S. 340 (1991).

Kirkpatrick & Lockhart LLP



Fourth, your conclusion ignores the facts that IRI was first to market commercial UNIX sort software – eight years before SyncSort entered this market -- and that IRI still pioneers the feature and technology standards against which others attempt to compete. With respect to IRI's concerns about Syncsort's actions, we note the following. In the course of converting SyncSort UNIX customer scripts, IRI has noted the appearance of originally-IRI-copyrighted semantics from CoSORT's SortCL. At the same time, IRI has also tracked the release timing of critical features through publicly available Syncsort marketing materials and articles in DM Review. Thus, there is reason to conclude that Syncsort is liable for the wrongdoing that is the subject of Syncsort's allegation against IRI.

Despite the concerns raised in the preceding paragraph, and in the interests of minimizing controversy, your client should notice that IRI has temporarily removed its website language about SSU2SCL. IRI can clarify the meaning of 'replacement' as based on simple keyword conversions, and separate it from some of IRI's other, true third-party sort replacements that actually did require the programming interfaces implied in your letter. IRI regrets your confusion, but the claims in your letter are without merit. Regardless, there is no justification for IRI to deliver to your client IRI's proprietary and confidential information.

In your letter, you also write that "any use of the SyncSort software without a license agreement, even if access were not prohibited by reason of Syncsort's trade secret rights, would constitute an infringement of Syncsort's copyrights." IRI has no knowledge of such access.

On the other hand, IRI is aware of Syncsort's inducement of, and direct involvement in, the violation of CoSORT non-disclosure agreements and misappropriation of IRI software and copyrighted materials. In fact, some of the keywords in SyncSort UNIX job scripts that customers have shared with IRI demonstrated violations of IRI's copyrighted syntax and functions. IRI is also aware of Syncsort's predatory pricing and defamatory practices, as well as other anti-competitive "bullying" tactics designed to unfairly preclude customers from licensing CoSORT after they had deemed CoSORT their technical and commercial preference.

This section of your letter concludes that "CoSort Version 8 could only have been the result of conduct that included misappropriation of Syncsort's trade secrets, infringement of Syncsort's copyrights and/or breach or induced breach of the Syncsort license agreement." As described above, your statement relies on erroneous assumptions. No version of CoSORT has ever involved misappropriation, infringement or contractual breach. CoSORT UNIX V8 is the culmination of 19 years of pioneering research and development in UNIX sort software.

Kirkpatrick & Lockhart LLP



- ***False Advertising***

Your letter challenges statements by IRI that CoSORT is the world's fastest, most scalable and most widely licensed commercial-grade sort package for UNIX systems. IRI believes each of those statements to be true and is unaware of any evidence to the contrary. Your letter suggests that "Syncsort is unaware of any evidence that could support" IRI's statements. That Syncsort does not know of supporting evidence does not mean that IRI's statement is false.

- ***Trademark Infringement and Dilution***

Your letter refers to metatags that appeared on IRI's webpage. IRI is now aware of the issue and has removed them from all webpages pending legal review. IRI is not aware of any situations in which anyone seeking Syncsort has contacted IRI.

Instead, IRI has concerns with respect to Syncsort's conduct. In particular, IRI has under legal advisement the matter of a published boast about keyword domination by Syncsort. Furthemore, IRI has used the image of a stopwatch on the Internet, in print and in trade shows and presentations for more than 10 years. Syncsort has now apparently replaced its jet image and started using an electronic stopwatch image, including as recently as a direct-mail postcard sent into the marketplace in July 2004. The electronic stopwatch is a potentially infringing misuse of IRI's copyrighted images and original ideas that must stop.

**<u>Conclusion</u>**

CoSORT is an internationally famous mark, and has earned its trademarked slogan: The Open Systems Standard.

The allegations in your letter are incorrect both factually and legally. On the other hand, your client has engaged in conduct that is wrongful. It should consider such conduct, and the proof of it, in its determinations about future actions with respect to IRI. We also note our demand that Syncsort stop: appropriating and using IRI's trade secrets, violating IRI's copyrights and otherwise competing improperly. Instead, IRI suggests that both parties consider a direct and respectful dialog for addressing their grievances.

Very truly yours,

David R. Fine

cc: Mr. Paul Friedland

# Tab "D"

# SYNCSORT PERFORMANCE

## SyncSort is the Fastest Commercial Sort Product in the World

SyncSort provides unmatched sort performance on UNIX systems. It's been proven time and time again in benchmark tests.

But it doesn't stop there. Continuous technical enhancements ensure that SyncSort remains the performance leader on today's systems and tomorrow's.

### Performance Comparison:
*SyncSort vs. Other Sorting Methods*




## SyncSort Performance Innovation

SyncSort's speed and efficiency are the result of years of specialized and continually advancing research and development across all major hardware platforms and operating systems. SyncSort is always among the first products to take advantage of changing system architectures and to respond to evolving information processing requirements.

- **SyncSort's design exploits the deepest levels of current architecture by incorporating highly sophisticated, patented technologies** like ParaSort, a parallel processing technique that optimizes the performance of today's multiprocessing systems. In addition, SyncSort combines proprietary sorting algorithms, advanced access methods, and dynamic optimization to ensure the most efficient use of system resources. Benchmarks – thousands per year – rigorously test this design to ensure that SyncSort is the fastest and most efficient sort product on every platform.

- **SyncSort automatically monitors and responds to system characteristics and current activity** with its built-in Dynamic Storage Management (DSM) technology. DSM systematically checks available memory, relative disk speed, and disk contention and automatically responds to its changing environment. This enables SyncSort to maintain superior speed and minimizes the use of system resources. The result is faster system throughput.

# SYNCSORT PERFORMANCE

***SyncSort is the fastest sort on UNIX.***

Compared to the UNIX system sort, SyncSort delivers significant, measurable savings:

- Typically 4 times faster in elapsed time
- Typically reduces CPU time by 80 percent or more

These savings translate directly into benefits to your entire system.




## Why Sort Performance Matters

- **Reduced elapsed time improves both database-related and non-database batch processing.** SyncSort's speed enables you to complete critical jobs within batch windows. And SyncSort reduces the time required for database-related processing such as preprocessing for loads, sorting for database reorganizations, and sorting extracts. Faster, more efficient database-related processing translates into improved database service: up-to-date, business-critical information derived from batch processing is available more quickly, faster loads and reorgs minimize the time during which parts of the database are unavailable to users, reorgs can be done more frequently, and the RDBMS is relieved of the processing required for sorting extracts.

- **Reduced CPU time minimizes CPU contention.** Sort applications can grab a significant amount of CPU resources, creating a bottleneck that impedes other processes attempting to run on the CPU. That is why sort performance can significantly affect users on multi-user client/server systems. SyncSort's CPU efficiency improves system throughput because less resources required for sorting means more resources available to other processes. As the number of users on the server increases, CPU efficiency becomes increasingly important.

# SyncSort Performance Innovation

SyncSort's speed and CPU efficiency are the result of years of specialized and continually advancing research and development across all major hardware platforms and operating systems. SyncSort is always among the first products to take advantage of changing system architectures and to respond to changing data processing environments.

Innovative techniques speed sort processing:

- **SyncSort's design incorporates highly sophisticated patented technologies that exploit the deepest levels of current architecture** with a combination of proprietary sorting algorithms, advanced access methods, and dynamic optimization. Benchmarks — thousands a year —rigorously test this design to ensure that SyncSort is the fastest and most efficient sort product on every platform.

- **SyncSort automatically monitors and responds to system characteristics and current activity** such as available memory, available disk space, relative disk speed, and disk contention. Intelligent response to system conditions enables SyncSort to maintain superior speed in changing environments, while minimizing its use of system resources. SyncSort's efficiency frees resources for users in multi-user environments. The end result is more work run through your system.



syncsort

arehouse Product Vendor Listing for Sixth Year in a Row

Search:

SALES | SUPPORT

CONTACT US | HOME

# Application Performance

MENU
- Product Description
- Features and Benefits
- Technical Specifications
- News and Events
- Customer Testimonials
- Case Studies
- Contact Us

## SyncSort UNIX Product Description

SyncSort UNIX accelerates virtually any data intensive application for UNIX systems. You'll be able to apply SyncSort's elapsed time savings to most of your existing application scripts, processes, architectures or software. It will help you dramatically improve performance in such areas as:

- Data Warehouses (Extraction, Transformation & Loading)
- Database Loading
- Web Log Processing
- Data Mining
- Data Mart Loading
- Customer Relationship Management
- Business Intelligence
- Legacy Migration
- Applications Using Informatica and DataStage
- Delta Processing
- High Volume Transaction Processing
- And many more

### SyncSort Performance

SyncSort is specifically designed to accelerate your data processes in commercial UNIX environments. Syncsort provides you with a combination of speed, efficiency, the ability to handle a variety of data and file types, and speeds a variety of functions such as selecting, joining, grouping and extracting.




### Performance Innovation

SyncSort's speed and efficiency are the result of years of specialized and continually advancing research and development across all major hardware

Case 2:04-cv-03623-WHW-MCA Document 9-1 Filed 08/27/04 Page 18 of 21 PageID: 162

platforms and operating systems. SyncSort is always among the first products to take advantage of changing system architectures and to respond to evolving information processing requirements.

**SyncSort's design exploits the deepest levels of current architecture by incorporating highly sophisticated, patented technologies** such as a parallel processing technique that optimizes the performance of today's multiprocessing systems. In addition, SyncSort combines proprietary algorithms, advanced access methods, and dynamic optimization to ensure the most efficient use of system resources. Benchmarks - thousands per year - rigorously test this design to ensure that SyncSort is the fastest and most efficient product on every platform.

**SyncSort automatically monitors and responds to system characteristics and current activity** with its built-in Dynamic Storage Management (DSM) technology. DSM systematically checks available memory, relative disk speed, and disk contention and automatically responds to its changing environment. This enables SyncSort to maintain superior speed and minimizes the use of your system resources. The result is faster system throughput.

# Tab "E"

GESTÃO DA INFORMAÇÃO

**BrT realiza o binômio qualidade-baixo custo**

*Graças à melhoria dos processos de gestão da verdadeira montanha de dados que é obrigada a processar todos os dias, a Brasil Telecom (BrT) conseguiu aquilo que, numa teleoperadora, se pode traduzir como o melhor dos dois mundos: reduzir os custos operacionais e tornar o atendimento aos clientes mais rápido e eficiente.*



Em 1998, no rastro do processo de privatização dos serviços de telecomunicações no País, a BrT já nasceu ostentando o título de maior empresa de telecomunicações nas regiões Sul, Centro-Oeste e parte da região Norte, onde cobre os Estados do Acre, Rondônia e Tocantins.

A gigantesca base de assinantes de linhas fixas - mais de 10,7 milhões - obriga a empresa a processar, por dia, algo em torno de 120 milhões de CDRs (Call Detail Records), que registram, para fins de tarifação e emissão das faturas encaminhadas aos assinantes, todos os serviços por eles utilizados.



Esse é um volume que, entretanto, promete se superar muito em breve. No segundo semestre deste ano, a BrT começa a oferecer, também, serviços de telefonia celular, somando à carteira mais alguns milhares de clientes. A diversificação, ao mesmo tempo em que reafirma a vocação natural da operadora para a modernidade, logo no primeiro momento, promete elevar em pelo menos 15% o número de CDRs processados, calcula o gerente de arquitetura de Tecnologia da Informação (TI), Antônio Rivas.

A questão não é, porém, apenas de quantidade, ressalva o executivo. O uso da avançadíssima tecnologia GSM (Global System for Mobile Communication), segundo ele, garante à operadora a infra-estrutura necessária para prover, via celular, uma ampla variedade de serviços, envolvendo transmissão de voz, dados e imagens. Mas também significa tornar ainda mais complexo o conteúdo dos CDRs, de cuja precisão depende, em última análise, aquilo que, na BrT, desde sempre, foi uma questão de honra: a emissão de contas nas quais se discriminam, uma a uma, todas as despesas lançadas. "A transparência é um fator essencial na política de relacionamento com os clientes e não abrimos mão disso", explica Rivas, que, formado em engenharia de software, faz questão de cultivar o estilo humanista adquirido nos cursos de especialização em arquitetura empresarial e impresso em todos os projetos de tecnologia dos quais ele participa.

**Sem medo do futuro**

A BrT não tem medo de crescer, garante Rivas. Ciente da importância crítica que tem a gestão dos dados relativos ao registro das operações e de olho no aumento de demanda que vem por aí, com a telefonia móvel, a teleoperadora aderiu ao que existe de mais moderno em tecnologia, diz ele. Exemplo clássico, entre outros, é o SyncSort, ferramenta de software que, distribuída no País com exclusividade pela PHD Brasil, otimiza os processos de coleta, tratamento, armazenamento e gerenciamento de grandes volumes de dados. Empregada no processamento dos CDRs gerados na operação de telefonia fixa, segundo o executivo, a solução permitiu à BrT uma economia de custos calculada, inicialmente, em 7%. Mais do que isso, reduziu o tempo gasto na operação. Hoje, 24 horas depois, a chamada feita pelo assinante já está sendo contabilizada. "O uso do SyncSort, dando mais agilidade ao processamento, permitiu que se encurtasse o tempo entre o uso do serviço e a efetiva emissão da fatura, com impacto positivo no fluxo de caixa", registra Rivas.

Mas o que mais agrada ao executivo é o fato de o sistema ter permitido à operadora ir muito além do que exige a Anatel (Agência Nacional de Telecomunicações), no que se refere a relacionamento com os clientes.

"A lei determina que o processamento dos serviços, assim como a emissão das faturas, se faça de 30 em 30 dias e, ainda, que as operadoras ofereçam cinco opções quanto a datas para pagamento. Com a agilidade que alcançamos, nossos clientes passaram a dispor de oito opções", orgulha-se Rivas. A superação das metas também se verifica no índice de acerto na emissão de faturas: em média, duas contas erradas em cada mil, contra as quatro toleradas pela Anatel.

É igualmente visível a melhoria de qualidade no relacionamento da BrT com as demais operadoras, conta Rivas. "Na medida em que boa parte das chamadas envolve nosso próprio sistema e os de outras empresas de telefonia, nós somos obrigados a enviar, em tempo hábil, informações que permitam a elas processar as próprias contas. Nós estamos falando de mais de 40 milhões de assinantes, cujos dados precisam ser atualizados diariamente", calcula o executivo.

**Compatibilidade total**

No ambiente UNIX, além de se aplicar à classificação dos registros das ligações - principal uso na BrT -, associado a uma solução HP Ericsson, o SyncSort facilita o processamento do Detraf (Demonstrativo de Tráfego), pelo qual se orientam as operações de tarifação, e faz a qualificação das chamadas, o que é fundamental para que se possa calcular o valor dos serviços. No ambiente dos mainframes, combinado com a solução de billing de diferentes fornecedores, finalmente, classifica os CDRs para fins de cobrança.

Uma das razões que, segundo Rivas, levaram a BrT a escolher o SyncSort, além do ganho de desempenho que a solução pode garantir ao processamento de grandes massas de dados, é a total compatibilidade do produto com as soluções que normalmente integram o ambiente operacional característico das grandes empresas. No caso da BrT, a parceria é perfeita com o banco de dados Oracle, bem como com o sistema de data warehouse que estampa as marcas IBM e Hyperion, e, ainda, as soluções de billing e CRM (Customer Relationship Management), fornecidas, respectivamente, pela Convergys e Amdocs, aprova o executivo.

"A compatibilidade total do SyncSort com os sistemas legados, nas diferentes empresas que o adotam para resolver problemas de performance na gestão de dados, se deve, com certeza, à seriedade com a qual a nossa parceira, nos Estados Unidos, se dedica às atividades de pesquisa e desenvolvimento, com a finalidade de ajustar a solução aos vários ambientes operacionais, de acordo com o perfil de cada usuário, o que é potencializado com os serviços agregados pela PHD", opina Luiz Pizani, presidente da PHD.

**Tecnologia de resultados**

Listada nas Bolsas de Valores de São Paulo e Nova York, a BrT está ligada à Brasil Telecom Participações S.A. - holding por sua vez controlada pela Solpart Participações S.A., que detém 53,6% do capital votante e 20,2% do capital total da holding. Os acionistas são a Solpart a Timepart Participações S.A. (20,9%), formada pelos fundos de investimento Telecom Italia International N.V. (31,6%) e a Techold Participações S.A. (47,5%), que, por sua vez, integra os fundos de pensão brasileiros (Sistel, Telos, Funcef, Petros e Previ) e Opportunity Zain.



Há dois anos, pioneira na adesão ao nível 1 de governança corporativa da Bovespa, passou a integrar o seleto grupo de empresas de capital aberto que adotam políticas que primam pela qualidade e precisão das informações prestadas ao mercado, além de ter compromisso de manter a quantidade mínima de ações negociadas em Bolsa.

Mas a excelência da BrT não se restringe à contabilidade que respeita o interesse dos acionistas. Também se aplica à qualidade dos serviços numa área de cobertura que incluiu quatro regiões metropolitanas com população acima de um milhão de habitantes, correspondendo, no total, a 33% do território nacional. As cerca de 40 milhões de pessoas que ali vivem - 23% da população brasileira -, responsáveis por 25% do Produto Interno Bruto, cerca de R$ 300 bilhões, se beneficiam do fato de, em agosto de 2001, a BrT ter sido a primeira operadora de serviços de telefonia fixa a atingir as 35 metas de qualidade exigidas pela Anatel, no que diz respeito à disponibilidade de acessos e qualidade do atendimento. "O uso da tecnologia como fator de valorização do relacionamento tem tudo a ver com isso", garante Rivas.